UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 15-cv-00133-JLK-AP

BARBARA E. COAST,

    Plaintiff,

v.

CAROLYN COLVIN, Commissioner of the Social Security Administration,

    Defendant.

---

## ORDER
---

Kane, J.

    Based upon the Stipulation for the Award of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (Doc. 23), filed by Plaintiff's attorney,

    IT IS ORDERED that the Stipulated Motion (Doc.23) is GRANTED and that fees and expenses in the amount of $3,175 as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

    Dated July 23, 2015.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE